**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHA . RAMADAN,<br><br>        Plaintiff(s),<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>        Defendant(s). | Case No. 2:19-cv-00265-R-SS<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

    Plaintiff was ordered to show cause in writing by not later than **May 28, 2019** why this action should not be dismissed for lack of prosecution;

    WHEREAS, this period has elapsed without any action by plaintiff.

    The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: July 18, 2019

                                                        HONORABLE R. GARY KLAUSNER<br>
                                                        UNITED STATES DISTRICT JUDGE